# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Mark Thorpe et al**

       Plaintiff

       CIVIL ACTION

       V.

       NO.  1:22-11033-FDS

**Exel Inc.**

       Defendant

## ORDER OF DISMISSAL

<u>Saylor, C. J.</u>

In accordance with the Court's ORDER dated March 25, 2024 (Dkt. No. 85), it is hereby
ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

<u>3/25/2024 </u>                     <u>/s/ Flaviana de Oliveira </u>
Date                               Deputy Clerk